1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMAS, | Case No.  1:15-cv-01351-SAB-PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF COULD BE GRANTED |
| v. | |
| FRESNO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff Derek Thomas is a former Fresno County Jail inmate appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

By order filed January 20. 2016, the  complaint was dismissed for failure to state a claim upon which relief could be granted. (ECF No.  7.) Plaintiff was granted leave to file an amended complaint, and directed to do so within thirty days.  Plaintiff has not filed an amended complaint.

In the January 20, 2016 order, the Court informed Plaintiff of the deficiencies in his complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the Court dismisses the claims made in the original complaint with prejudice for failure to state a federal claim upon which the Court could grant relief.  See Noll v. Carlson, 809 F.2d 1446, 1448

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on September 14, 2015  (ECF No.5).

1   (9th Cir. 1987)(prisoner must be given notice of deficiencies and an opportunity to amend prior

2   to dismissing for failure to state a claim).

3         Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state

4   a claim upon which relief could be granted.  The Clerk is directed to close this case.

5

6   IT IS SO ORDERED.

7   Dated:  __**February 22, 2016**__         _____

8                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28